

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**THOMAS LAI**
*Senior Counsel*
E-mail:tlai@law.nyc.gov
Phone: (212) 356-2336
Fax: (212) 356-3509

October 31, 2025

**VIA ECF**
Honorable Colleen McMahon
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

OK
*Colleen McMahon*
10/31/2025

Re:   *Denaro Hamilton v. City of New York, et al.*
      24 Civ. 02550 (CM)

Your Honor:

I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney assigned to defend the City of New York in this matter. The City writes to respectfully request a three-week enlargement until November 24, 2025, to respond to the Amended Complaint. This is the first such request and an enlargement will not affect any other scheduled dates. Plaintiff's counsel, Andrew J. Campanelli, consents to the instant application.

As the Court is aware, it partially granted the motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. As such an answer to the Amended Complaint is due. The reason for this request is to allow us to further resolve representation with Defendant Courtney. This Office's representation of Defendant Courtney was limited to the motion. As such, this Office must still determine whether it will represent Defendant Courtney for the remainder of the litigation. Then, he must decide whether he wishes to continue to be represented by this Office. The additional time will also allow for this Office to investigate whether the City has the ability to move for summary judgment at this time. Lastly, it would be more convenient to interpose a response to the Amended Complaint for all defendants at the same time.

Accordingly, Defendant respectfully requests an enlargement to November 24, 2025, to respond to the Amended Complaint.

Defendant thanks the Court for its consideration herein.

Respectfully submitted,

*Thomas Lai s/*

Thomas Lai
Senior Counsel
Special Federal Litigation Division

To:   All counsels of record (VIA ECF)