# CAMPANELLI & ASSOCIATES, P.C.
## ATTORNEYS AND COUNSELORS AT LAW

www.campanellipc.com

1757 Merrick Avenue · Suite 204 · Merrick, New York 11566
Telephone (516)746-1600
Facsimile (516) 746-2611

Andrew J. Campanelli
*Member of NY Bar*

Jean M. Smyth
Philip A. Salmon

*COUNSEL*

George B. McPhillips
*1930-1994*

June 3, 2026

**BY ECF**

Honorable Judge Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

OK

Colleen M. McMahon

6/4/2026

Re:   Hamilton v. The City of New York et al. 1:24-cv-02550 (CM)

Dear Judge McMahon:

This firm represents the Plaintiff in the above-captioned matter. I respectfully submit this letter to the Court to request a thirty-day (30) extension of time to file a motion for summary judgment in the above captioned matter from June 5, 2026 until July 6, 2026 as well as a subsequent thirty-day (30) extension of time to file opposition from June 26, 2026 until July 27, 2026 and to file a reply from July 17, 2026 until August 17, 2026. Defendant's counsel takes no position to this request, except to be afforded the same extension, should one be granted to the Plaintiff. It is the first request for relief of this kind.

The basis for this extension request is the difficulty in having the Plaintiff sign documents related to the pending motion as well as deposition transcripts. The Plaintiff is only reachable via mail, as he is incarcerated in Attica Correctional Facility in Wyoming County, New York. Additionally, Defendants have just provided Plaintiff additional supplemental discovery on Wednesday June 3, 2026, and the Plaintiff needs additional time to go through the documents.

Accordingly, Plaintiff respectfully requests a thirty-day (30) extension of time to file a motion for summary judgment in the above captioned matter from June 5, 2026 until July 6, 2026 as well as a subsequent thirty-day (30) extension of time to file opposition from June 26, 2026 until July 27, 2026 and to file a reply from July 17, 2026 until August 17, 2026.

We thank the Court for its courtesies and consideration.

Very truly yours,

*/s/ Philip A. Salmon*
Philip A. Salmon

cc: All Counsel of Record via ECF