Case 1:24-cv-02550-CM Document 77 Filed 08/05/26 Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/6/2026

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**THOMAS LAI**
*Senior Counsel*
E-mail: tlai@law.nyc.gov
Phone: (212) 356-2336
Fax: (212) 356-3509

August 5, 2026

**VIA ECF**
Honorable Colleen McMahon
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Extension granted.
Colleen McMahon
8/6/2026

Re: *Denaro Hamilton v. City of New York, et al.*
24 Civ. 02550 (CM)

Your Honor:

I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney assigned to defend the City of New York and Winston I. Courtney. Defendants write to respectfully request an extension from August 17, 2026 to August 28, 2026 to file their reply and a corresponding extension for Plaintiff. This is the second request for an extension and Plaintiff's counsel, Philip A. Salmon, consents to this request.

On June 3, 2026, Plaintiff requested an extension of the briefing schedule for summary judgment motions, which was granted, and the date for the parties to file replies is now August 17, 2026. Dkt. Nos. 61, 62. Defendants seek this extension as the Undersigned is scheduled to be out of the office on annual leave from August 12, 2026 to August 21, 2026, and, as a result of other obligations, will be unable to complete the reply before leaving.

Accordingly, Defendants respectfully request an extension until August 28, 2026, to complete and file their reply and a corresponding extension for Plaintiff.

Defendant thanks the Court for its consideration herein.

Respectfully submitted,

*Thomas Lai s/*
Thomas Lai
Senior Counsel
Special Federal Litigation Division

To: All counsels of record (VIA ECF)